IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 85-10

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| AMANDA BROOKE McKINNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to an Unopposed Motion for Detention Hearing (#191) filed by counsel for Defendant. In the motion, Defendant requests that the Court schedule a detention hearing for Defendant. It appearing that the Government does not have any objection to the motion, therefore the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion for Detention Hearing (#191) is **ALLOWED**.

Signed: December 16, 2015

Dennis L. Howell
United States Magistrate Judge

1